IN THE SUPREME COURT OF THE STATE OF DELAWARE

SHAWNA LAWSON, §
§ No. 146, 2015
Petitioner Below, §
Appellant, §
§ Court Below—Superior Court
v. § of the State of Delaware,
§ in and for New Castle County
STATE OF DELAWARE, § Cr. ID No. N13M-12-047
§
Respondent Below, §
Appellee. §

Submitted: April 6, 2015
Decided: April 23, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## **O R D E R**

This 23rd day of April 2015, it appears to the Court that:

(1)    On March 24, 2015, the Court received the appellant's notice of appeal from an order dated February 24, 2015, which was entered by a Superior Court Commissioner.  The Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from a Superior Court Commissioner's order.

(2)    In her response to the notice to show cause, the appellant does not address this Court's lack of jurisdiction.  The right of review of a

Commissioner's order is to a judge of the Superior Court.[1] In the absence of intermediate review by a Superior Court judge, this Court has no jurisdiction to hear an appeal directly from a Superior Court Commissioner's order.[2] Therefore, this appeal must be dismissed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rule 29(b), that this appeal is DISMISSED.

BY THE COURT:


/s/ Randy J. Holland
Justice

---

[1] Super. Ct. Civ. R. 132.

[2] *See Johnson v. State*, 884 A.2d 475, 479 (Del. 2005).

2